IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Patrick David Archer                     )
_____)
_____)
_____)
(Enter above the full name of the Plaintiff(s) )
                                         )
vs.                                      )   2:25-cv-02618-KHV-ADM
                                         )
Cathrine C Theisen                       )
Name                                     )
111 E 11th St Douglas County Court       )
Street and number                        )
Lawrence   Kansas    66044               )
City       State    ZipCode              )

FILED
U.S. District Court
District of Kansas

OCT 27 2025

Clerk, U.S. District Court
By NAP    Deputy Clerk

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff  Cathrine C Theisen
    Address  111 E 11th St Douglas County Court
    Lawrence Ks. 66044

Dakota Loomis 111 E 11th St Lawrence Ks 66044

Pam Waldek 16540 Moonlight Rd Gardner Ks 66030

Dr Taylor Hurt 111 E 11th St Lawrence Ks 66044

Dr Jeanice Swift-Kerr 110 McDonald Dr Lawrence Ks 66044

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Cathrine C Theisen, Dr Taylor Hunt, Dakota Loomis_ is employed at _Douglas County Court_

C. Additional Defendants _Pamela Waldek is Chief of Police Gardner Cursec Dr Jeannie Swift-Kerr is Superintendent of USD 497 Kansas school District_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of _Kansas_.
2. The first-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of _Kansas_; or
   b. a corporation incorporated under the laws of the State of _Kansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☒ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3. Other grounds (specify and state any statute which gives rise to such grounds):

42 USC 1983

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Cathrine C Theisen prejudicially created an Order of her court in case no. DG2023-DM-877 that is completely false and not consistent Dr Taylor Hunt has communicated with the Prose litigant Ms Spears over 6 times without giving Mr Archer notification of communication, Paul Weldele was served a subpoena in case no. DG-2023-DM-877 and refused to provide information stated in that subpoena, Jeanice Swift-Kerr was served a subpoena in case no. DG2023-DM-80 and refused to provide court ordered documents, DaKota County invoked Mr Archers right in a criminal proceeding in which Ms Spears violated a court Order in case no. DG2023 DM 877

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

Monetary Damage from Pam Waldek, Jeanice Swift-Kerr, Dr. Taylor Hunt
Injunctive Relief commanding Cathrine C. Theisen removing herself from case
no. 062023-DM-877; Dekalb County has enacted policy directly violating 14th Amendment
not sure what to ask for on him

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]  No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]  No [ ]

VII. Do you claim punitive monetary damages?  Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Pam Waldek, Jeanice Swift-Kerr, Dr. Taylor Hunt have caused financial
issue for me due to mental wellness and financial loses,
driving back & forth to Lawrence Ks and Gardner Police Station

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [✗]  No [ ]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Judicial Misconduct Office in Topeka KS.
Disciplinary Office Topeka KS
Spoke w/ Representative Jaquie Roberson USD 197 + filed complaint w/ State
Board denied

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

IX. Related Litigation:

Please mark the statement that pertains to this case:

[ ] This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

[✗] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Patrick David Archer
Name (Print or Type)

828 E Johnston St
Address Olathe KS 66061
816 652 8428
pdarcher1@icloud.com

5

_____
City        State        Zip Code

_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☒ ~~Topeka~~ }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: 10-27-25
(Rev. 10/15)

6